**MEMORANDUM ENDORSED**



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

April 7, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/10/22
```

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

     Re:   *Weekes v. Sello, LLC; Case No. 1:21-cv-11163-GHW*

Dear Judge Woods:

We represent plaintiff Robert Weekes ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for April 14, 2022, at 3:00 p.m. The parties request this adjournment since Defendant's answer was due on February 11, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Sello, LLC,* and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:    All Counsel of Record (via ECF)

Application granted. The initial pretrial conference scheduled for April 14, 2022 is adjourned sine die. The Court expects that any application for default judgment be filed no later than May 11, 2022.

The Clerk of Court is directed to terminate the motion at Dkt. No. 8.

SO ORDERED.

Dated: April 10, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge